USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/29/2016

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
PAUL BLACKWELL, et al.,

Plaintiffs,

-against-

ACTOR'S PLAYHOUSE, et al.,

Defendants.

---------------------------------------------------------X

14 **CIVIL** 00603 (LGS)

**JUDGMENT**

Whereas on July 10, 2014, default judgment was entered against Defendants, and the matter was referred to Magistrate Judge Frank Maas for an inquest on damages; on April 4, 2016, Judge Maas, issued his Report and Recommendation ("Report"); on April 25, 2016, Plaintiffs Landeta, Ellis and Calder timely objected to the Report, and the matter having come before the Honorable Lorna G. Schofield, United States District Judge, and the Court on September 22, 2016, having rendered its Opinion and Order adopting the Report's recommendations, in summary:

- Awarding Blackwell unpaid wages in the amount of $5,075, credit card tips in the amount of $5,207, prejudgment interest on the credit card tips from the date of April 20, 2013, at a rate of nine percent per annum on that amount, liquidated damages in the amount of $10,282, and retaliation damages in the amount of $26,666.66, for a total of $47,230.66 plus pre judgment interest at a rate of nine percent per annum on the sum of $5,207 from April 20, 2013, through the date judgment is entered;
- Awarding Landeta unpaid wages in the amount of $1,450 and liquidated damages in the amount of $1,450, for a total of $2,900;
- Awarding Ellis unpaid wages in the amount of $2,256.25 and liquidated damages in the amount of $2,356.25, for a total of $4,712.50;
- Awarding Calder unpaid wages in the amount of $1,972 and liquidated damages in

the amount of $1,972, for a total of $3,944; and

- that Plaintiffs are entitled to $11,092.50 in attorneys' fees and $350 in costs, for a total of $11,442.50;

that this amounts to total damages for all Plaintiffs, including fees and costs of $70,229.66 plus prejudgment interest at a rate of nine percent per annum on the sum of $5,207 from April 20, 2013, through the date judgment is entered, and directing the Clerk of Court to enter judgment in the foregoing amounts and close this case, it is,

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 22, 2016, the Report's recommendations are adopted; in summary:

- Blackwell is awarded unpaid wages in the amount of $5,075, credit card tips in the amount of $5,207, prejudgment interest on the credit card tips from the date of April 20, 2013, at a rate of nine percent per annum on that amount of $ 1,615.17, liquidated damages in the amount of $10,282, and retaliation damages in the amount of $26,666.66, for a total of $ 48,845.83;
- Landeta is awarded unpaid wages in the amount of $1,450 and liquidated damages in the amount of $1,450, for a total of $2,900;
- Ellis is awarded unpaid wages in the amount of $2,256.25 and liquidated damages in the amount of $2,356.25, for a total of $4,712.50;
- Calder is awarded unpaid wages in the amount of $1,972 and liquidated damages in the amount of $1,972, for a total of $3,944; and
- Plaintiffs are entitled to $11,092.50 in attorneys' fees and $350 in costs, for a total of $11,442.50;

this amounts to total damages for all Plaintiffs, including fees and costs of $ 71,844.83; accordingly, this case is closed.

**DATED:** New York, New York
September 29, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ____________